# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2008

135866

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

FREDDY HARDRICK,
      Defendant-Appellant.

_____

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135866
COA: 282228
Wayne CC: 05-009858

On order of the Court, the application for leave to appeal the January 10, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2008

Clerk

0721